IN THE UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,

vs.

MIRZA KUJUNDZIC.

Case No.: 14-4181

RECEIVED
2014 AUG 29 AM 10:01
U.S. COURT OF APPEALS
FOURTH CIRCUIT

MOTION TO STRIKE FILINGS AND
MOTION FOR GRANT OF RELIEF

Comes Now, Mirza Kujundzic in Propria Persona respectfully informs the Honorable Court and seeks relief in the above mentioned case.

Approximately April 2014, Mr. Pomett, Esq. was appointed as counsel to represent me in the above mentioned case. Since then, I have not been able to speak or meet with Mr. Pommett. We have exchanged letters on three different occasions (one copy enclosed), in order to inform Mr. Pommett about issues that are in desperate need of review by the court.

In Mr. Pommett's last correspondence, his opinion is that after taking the plea, he does not see any merit in continuing further legal arguments. I'm not so naive to think that under normal circumstances when District Courts function properly, Due Process is followed correctly without bias, a plea agreement does not allow you to file an appeal. However, as in my case, a plea agreement was my only choice due to intimidation and coercion by Assistant U.S. Attorneys A. David Coppertight and James A. Crowell IV, and their threat of a minimum mandatory of 160 years to 285 years maximum if I chose to take my case to trial. The idea of life in prison became close to reality after spending over 1200 days in various pre-trial detention centers.

My requests to challenge the validity of the plea and the waiver of rights has been completely ignored and not even addressed in Mr. Pommett's replies. The fact that I have been kidnapped and coerced into taking the plea "voluntarily..." in order to avoid life in prison for a victimless violation (which should have been civil not criminal), a situation that has been forced onto me by the CI (Confidential Informant) Mr. Alex Stefanov, it's also been ignored by counsel, who is supposed to be protecting my constitutional rights. I personally respect Mr. Pommett's opinion, but I strongly believe that Mr. Pommett lacks motivation and that his opinion is based on lack of information / effort.

That being said, would I be wrong for stating that Mr. Pommett is ineffective, having taken all of the facts into consideration.

The case U.S. v. Batros-Santolino, 521 F. Supp. 744, is a identical case to the matter at hand, which has been solely created by the Public Trustees. The excuse of presumption of ignorance and the good faith immunity does not apply because the Public Trustees have been informed about their violations on the record. All of my rights have been preserved during the proceedings. The Judge denied all of my rights even though there was no opposition from the government. In other words, the Judge ruled against the record. Afterwards the "Court" sealed the records, and to my surprise edited the transcripts. This is not aimed against the U.S. or the system, but against the individuals who manipulate the same system to vindictively prosecute me! The same individuals who never swear an oath under penalty of perjury, which deprives them of credibility and standing.

After this life changing experience and the shattered belief in the Federal District Court's integrity, I still believe that there are upstanding Justice Department Officials who believe in Justice, Due Process and equality for all.

2

Therefore, I pray that this Honorable Court appoint new counsel or grant me opportunity to represent myself. Also any filings by Mr. Pommett, Esq. are moot due to lack of my consent.

I pray that this Honorable Court will grant me relief and overturn the fraudulent plea agreement for the reasons as such: judicial coercion, vindictive prosecution, outrageous government conduct, numerous violations of due process, etc.

Date: 8/21/2014

Respectfully Submitted,

*[signature]*

Mirza Kujundzic

## CERTIFICATE OF SERVICE

Hereby I, Mirza Kujundzic, declare under penalty of perjury that I have placed a copy of this motion and a copy of letter I sent to Mr. Pommett in an envelope, postage pre-paid, and deposited it into a mailbox provided to us by the BOP for U.S. Mail.

Date: 8/21/2014

Signature:
Mirza Kujundzic

COPY

Exhibit A

August 1, 2014

In re: Appeal No. 14-4181

Dear Mr. Pommett,

    This letter is in reply to your letter received on 7/22/14. I would like to thank you for your time and effort put forth in this matter. If I'm not mistaken, I've asked you on two occasions to request the Transcript for the second superseding indictment arraignment. So I'm asking you again to please forward that transcript to me, because it's incumbent for me to have it in order to prove the due process violation and judicial coercion. You mentioned that I've waived my rights and you are correct, but what you failed to address is why. Just in case that you might not be aware: any contract performed under threat, duress or coercion is invalid and that's imperative. That you need to stress to the Appellate Court. If you do not agree, please inform me in writing. My comment about the counsel that receives most the work from the Courthouse was not directed towards you. I was talking about my previously appointed counsel. I hope that you did not take offense to that. What I was referring to is their ineffectiveness that led to this situation and now you are put in between all of this to correct it. Please understand that this is not personal. If you are filing the Anders brief please inform me in a timely manner of its contents so I can prepare a supplement, and also again I need the transcript from the arraignment. Also please arrange a conference call with the Institution. And please, be advised not to make any filings without my permission or approval! Copy of this letter will be forwarded to the court. Once again if you do not agree, please inform in writing so I can proceed accordingly.

    In a nutshell: the reason for the appeal is to correct the fraudulent contract, i.e. plea agreement, between me and the USA Inc. after that in the court we can address the Constitutional violations of due process and human rights. This is not a farfetched speech about the system and this is not directed against the government. This is a clear matter of the abuse of the federal law as an "arsenal" for self-promotional purposes and political favors at my expense, by the government officers/trustees. The inculpating detailes will be addressed in an open court under oath if necessary. I hope this letter is clear and easy to understand. I'll be awaiting your reply.

Very Truly Yours,

[signature]



Mirza Kujundzic #52744-034
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Court of Appeals for the Fourth Cir.
Lewis F. Powell, Jr. US Courthouse Annex
1100 East Main St., Ste. 501
Richmond, VA 23219-3525