FILED: September 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4181

(8:10-cr-00639-PJM-2)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MIRZA KUNJUNDZIC, a/k/a Mirza Kujundzic

      Defendant - Appellant

_____

O R D E R

_____

The court denies the motion for substitution of counsel on appeal. Pursuant to the court's September 4, 2014, Anders notice, appellant may file a pro se supplemental brief by October 6, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk